**SUPPRESSED**

**FILED**
JAN 17 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 24-40003-JPG- |
| ) | |
| LONNIE J. PETTY, ) | |
| YAHTREEL Y. RAY, ) | Title 18, |
| ) | United States Code, |
| Defendants. ) | Sections 922, 924, 932 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### ILLEGAL POSSESSION OF A MACHINEGUN

On or about June 5, 2023, in Williamson County, within the Southern District of Illinois,

**LONNIE J. PETTY,**

defendant herein, did knowingly possess a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT 2
### ILLEGAL TRANSFER OF A MACHINEGUN

Beginning on or about September 15, 2023, and continuing until on or about November 6, 2023, in Williamson and Franklin Counties, within the Southern District of Illinois,

**LONNIE J. PETTY,**

defendant herein, did knowingly transfer machineguns, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 3
### STRAW PURCHASING OF FIREARMS

On or about April 17, 2023, in Williamson County, within the Southern District of Illinois,

### YAHTREEL Y. RAY,

defendant herein, did knowingly purchase any firearm in or otherwise affecting interstate or foreign commerce for, on behalf of, or at the request or demand of any other person, knowing or having reasonable cause to believe that such other person was an unlawful user of or addicted to any controlled substance, in violation of Title 18, United States Code, Section 932(b)(1).

### FORFEITURE ALLEGATION

Upon conviction for the offenses charged, defendants, LONNIE J. PETTY & YAHTREEL Y. RAY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in or used in any knowing violation of the offenses described in Counts 1, 2, and 3 of this indictment. The property that is subject to forfeiture referred to above includes, but is not limited to, the following items seized from the person or apartment of LONNIE J. PETTY:

1. Privately Made Firearm (PMF), model Polymer 80 PF940SC, .9mm caliber pistol, N/S/N, with attached machine-gun conversion device (MCD);
2. PMF, model Polymer 80 PF940V2, .9mm caliber pistol, N/S/N;
3. Double Star Corp., model STAR-15, 5.56mm caliber pistol, serial #DS40823;
4. Glock 19, 9mm S/N BVHN959;
5. Rock Island Revolver model 206 .38 Special revolver, serial # obliterated;
6. Glock 19X, S/N BYMZ199;
7. Glock 19X, S/N BTDY714 frame;
8. Glock 23 .40 barrel SN BTSN621;
9. a Yellow Machinegun Conversion Device (MCD);
10. a Red MCD;
11. Any and all ammunition contained therein or seized therewith.

A TRUE BILL

███████████████

*[signature]*
JOHN D. A. TRIPPI
Assistant United States Attorney

*[signature]*
RACHELLE AUD CROWE
United States Attorney

Recommended Bond:
    PETTY:    DETENTION
    RAY:    $5,000 Unsecured Bond