# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>Lonnie J Petty<br>*Defendant(s)* | **SUPPRESSED**<br><br>Case Number: 24-40003-JPG-001 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Lonnie J Petty                    ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Count 1 – Illegal Possession of a Machinegun – 18:922(o) and 924(a)(2)

Count 2 – Illegal Transfer of a Machinegun – 18:922(o) and 924(a)92)

Date: January 18, 2024

*Issuing officer's signature* — Deputy Clerk

City and state:   East St. Louis, IL

Monica A. Stump, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)