# UNITED STATES DISTRICT COURT

**SUPPRESSED**

for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>Yahtreel Y. Ray<br>*Defendant(s)* | Case Number:  24-40003-JPG-002 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Yahtreel Y. Ray                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐   Indictment     ☐   Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Count 3  - Straw Purchasing of Firearms – 18:932(b)(1)

Date:  January 18, 2024 _____

_____
*Issuing officer's signature*        Deputy Clerk

City and state:   East St. Louis, Illinois _____

Monica A. Stump, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____           _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO-442  (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)